

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Rolando Santamaria,                  \* From the 35th District Court
of Brown County,
Trial Court No. CR24605.

Vs. No. 11-17-00064-CR            \* January 5, 2018

The State of Texas,                \* Memorandum Opinion by Willson, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.